THE STATE EX REL. WALLS, APPELLANT, *v.* OHIO
MASONIC HOME ET AL., APPELLEES.

[Cite as *State ex rel. Walls v. Ohio Masonic Home,*
98 Ohio St.3d 285, 2003-Ohio-370.]

(No. 2002–0236—Submitted January 7, 2003—Decided February 12, 2003.)

{¶ 1}  The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

Robert M. Robinson, for appellant.

Martin, Browne, Hull & Harper, P.L.L., and Richard F. Heil Jr., for appellee Ohio Masonic Home.

Jim Petro, Attorney General, and Daniel M. Hall, Assistant Attorney General, for appellee Industrial Commission of Ohio.